IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GREGORY SCOTT RING,

    Plaintiff,                      No. CIV S-10-3059 DAD P

    vs.

STATE OF CALIFORNIA, et al.,

    Defendants.              <u>ORDER</u>

        By order filed April 4, 2011, plaintiff's complaint was dismissed and thirty days leave to file an amended complaint was granted. The thirty day period has long expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

        Accordingly, IT IS HEREBY ORDERED that this action be dismissed without prejudice. <u>See</u> Local Rule 110; Fed. R. Civ. P. 41(b).

DATED: October 11, 2011.

                                                  /s/ Dale A. Drozd
                                                  DALE A. DROZD
                                                  UNITED STATES MAGISTRATE JUDGE

DAD:9
ring3059.fta

1